## JENKINS v. STATE. (No. 11442.)

Court of Criminal Appeals of Texas. Feb. 1, 1928.

Criminal law ⟷1090(1.)—In absence of statement of facts and bills of exception, nothing is presented for review.

In absence from record of statement of facts and bills of exception, nothing is presented to appellate court for review.

Appeal from District Court, Kent County; Bruce W. Bryant, Judge.

Clint Jenkins was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment being one year in the penitentiary.

In the absence from the record of both statement of facts and bills of exception, nothing is presented to this court for review.

The judgment is affirmed.